*In re* Regla 4 del Reglamento del Programa de Educación Jurídica Continua, Según Enmendada Mediante Resolución de 15 de junio de 2015.

*Número:* ER-2016-1      *Resuelto:* 8 de enero de 2016

## RESOLUCIÓN

El Presidente de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, Lcdo. Guillermo Arbona Lago, presentó un escrito mediante el cual solicitó que se exima de los requisitos de los Reglamentos de Educación Jurídica Continua y del Programa de Educación Jurídica Continua a los miembros de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía. Explicó que dicha Comisión lleva a cabo funciones y tiene responsabilidades análogas a las de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y las del Comité de Reválida Federal, quienes están exentos de los requisitos en cuestión.

Conforme a lo dispuesto en la Regla 4(c)(8)(f) del Reglamento del Programa de Educación Jurídica Continua, según enmendado, 4 LPRA Ap. XVII-E, *se excluye de las disposiciones del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua a los miembros de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no intervino.

         *(Fdo.)* Aida Ileana Oquendo Graulau
         *Secretaria del Tribunal Supremo*